**FAST LAW**
521 Fifth Avenue, 17 Floor
New York, NY 10175

Elena Fast, Esq.
Tel (212) 729-9494
elena@fastlawpc.com

October 30, 2026

**Via ECF**
Honorable Denise L. Cote
U.S. District Judge
Southern District of New York
Daniel Patrick Moynihan
500 Pearl Street
New York, NY 10007

**Re:** **United States v. John Afriyie**, 26-cr-453(DLC)
Request for Assignment of Associate Counsel

Dear Judge Cote:

I represent Mr. John Afriyie in the above-captioned matter pursuant to a CJA appointment. I respectfully write to request the appointment of Michael Perkins, Esq. as associate CJA counsel at an hourly rate of $113.

The matter is scheduled for trial on December 14, 2026. With approximately six weeks remaining before trial, the defense must review the discovery, prepare and file pretrial motions and motions in limine, and otherwise prepare the case for trial. Appointing Mr. Perkins will facilitate the timely review of discovery and preparation of the necessary motion practice while conserving CJA funds and resources given his reduced billing rate.

Mr. Perkins has worked with me as associate counsel in several federal matters. He is a member in good standing of the New York Bar and is admitted to practice before this Court.

Thank you for the Court's time and consideration. I would be happy to provide any additional information the Court may require.

Respectfully Submitted,

s/ Elena Fast
Elena Fast, Esq.
Counsel for John Afriyie

Granted for up to 100 hours without prejudice to further application.
Denise Cote
11/5/26

cc: All parties on record (via ECF)