UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X

UNITED STATES OF AMERICA

-against-

JOHN AFRIYIE,

Defendant.

---------------------------------------------------------------X

26-CR-453 (DLC)

ORDER

VALERIE CAPRONI, United States District Judge:

WHEREAS on October 1, 2026, Defendant was initially presented before Magistrate Judge Valerie Figueredo;

WHEREAS Magistrate Judge Figueredo denied Defendant's bail application and ordered him remanded pending trial of this matter;

WHEREAS the Defendant has appealed Magistrate Judge Figueredo's order denying Defendant's bail application; and

WHEREAS on November 5, 2026, the parties appeared for a hearing on this appeal;

IT IS HEREBY ORDERED that Magistrate Judge Figueredo's denial of Defendant's bail application is AFFIRMED. Having considered the issue *de novo*, the Court finds that no condition or combination of conditions will reasonably assure the appearance of Defendant as required. *See* 18 U.S.C. § 3142(e)(1). Defendant is remanded to the continued custody of the United States Marshals for detention pending trial.

**SO ORDERED.**

**Date: November 5, 2026**
**New York, NY**

Valerie Caproni

**VALERIE CAPRONI**
**United States District Judge**